FaStephen R. Cornwell, CA Bar #40737  (SPACE BELOW FOR FILING STAMP ONLY)
Judith M. Rodriguez, CA Bar #64784
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 North Fruit Avenue
Fresno, CA  93711-2366
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

Attorneys for Plaintiff CESAR LOSSLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| CESAR LOSSLEY, | CASE NO. 1: 05-CV-01020-AWI-DLB |
|---|---|
| Plaintiff, | |
| v. | |
| EXPERIAN; EXPERIAN INFORMATION SOLUTIONS, INC.; EXPERIAN SERVICES CORP., and DOES 1 to 10, | **STIPULATION ALLOWING FILING OF AMENDED COMPLAINT** |
| Defendants. | |

The parties, through their respective counsel of record, state:

WHEREAS, Plaintiff desires to amend his complaint to add an additional party defendant; and

WHEREAS, Plaintiff was unable to learn the true and correct identity of the additional party defendant until initial discovery had taken place; and

WHEREAS, Plaintiff now knows the true and correct identity of the additional party defendant; and

WHEREAS, the parties are in agreement that Plaintiff be allowed to file his amended complaint;

NOW, THEREFORE, it is stipulated and agreed that Plaintiff CESAR LOSSLEY be granted leave to file the attached Amended Complaint adding CBC Innovis as a party defendant and asserting claims against it.

1 | DATED: July _____, 2006                                  CORNWELL & SAMPLE, LLP

2

3
                                                    By:     s/Judith M. Rodriguez
4                                                         Stephen R. Cornwell,
                                                          Judith M. Rodriguez
5                                                         Attorneys for Plaintiff
                                                          CESAR LOSSLEY
6

7

8 | DATED: July _____, 2006                                         **JONES DAY**

9

10
                                                    By:     s/Lisa McCurdy
11                                                        Lisa McCurdy
                                                          Attorney for Defendant
12                                                        EXPERIAN INFORMATION
                                                          SOLUTIONS, INC.
13

14

15                                              **ORDER**

16        IT IS HEREBY ORDERED that Plaintiff CESAR LOSSLEY is granted leave

17 to file an Amended Complaint in the form attached hereto as Exhibit "A" and incorporated

18 by reference.

19

20 | DATED: July 21, 2006.                   /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE
21

22

23

24
   C:\Documents and Settings\DLBeck\Local Settings\Temp\notes101AA1\STIPULATION AMENDED COMPLAINT.unsigned.wpd
25

26

27

28