Stephen R. Cornwell, CA Bar #40737
Judith M. Rodriguez, CA Bar #64784
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 North Fruit Avenue
Fresno, CA  93711-2366
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff CESAR LOSSLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CESAR LOSSLEY,<br><br>              Plaintiff,<br><br>         v.<br><br>EXPERIAN; EXPERIAN INFORMATION SOLUTIONS, INC.; EXPERIAN SERVICES CORP., and CBCInnovis,<br><br>              Defendants. | CASE NO.  05-CV-01020-AWI-DLB<br><br>**STIPULATION AMENDING SCHEDULING CONFERENCE ORDER AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between counsel for all the parties that the Scheduling Conference Order issued November 10, 2005, shall be amended.  Plaintiff filed an Amended Complaint on July 24, 2006, naming CBCInnovis as a Defendant. Defendant CBCInnovis filed its Answer on August 29, 2006.  The parties have engaged in written discovery.  The parties intend to conduct further discovery and then consider the possibility of a mediation.  Therefore, the parties have stipulated as follows:

**Discovery Cut-Off:**

Old Dates:

Disclosures: November 2, 2005
Non-Expert: June 30, 2006
Expert:         September 29, 2006

New Dates:

Disclosures: January 31, 2007
Non-Expert: August 3, 2007

---

STIPULATION AMENDING SCHEDULING CONFERENCE ORDER AND ORDER THEREON

Expert: November 2, 2007

**Non-Dispositive Motion Deadlines:**

<u>Old Dates</u>:

Filing: October 6, 2006
Hearing: October 27, 2006

<u>New Dates</u>:

Filing: November 9, 2007
Hearing: November 30, 2007

**Dispositive Motion Deadlines:**

<u>Old Dates</u>:

Filing: October 27, 2006
Hearing: November 27, 2006

<u>New Dates</u>:

Filing: November 30, 2007
Hearing: January 2, 2008

**Pre-Trial Conference:**

<u>Old Date</u>: January 12, 2007, at 8:30 a.m, Courtroom 3

<u>New Date</u>: February 14, 2008, at 8:30 a.m. Courtroom 2

**Trial Date:** (Jury Trial: 3-5 days)

<u>Old Date</u>: March 6, 2007, at 9:00 a.m., Courtroom 3

<u>New Date</u>: April 8, 2008, at 9:00 a.m., Courtroom 2

This stipulation may be signed in counterpart and a faxed copy may be presented to the Court.

DATED: January _____, 2007.                    CORNWELL & SAMPLE, LLP

By: ___/s/ Stephen R. Cornwell___
Stephen R. Cornwell
Judith M. Rodriguez
Attorneys for Plaintiff
CESAR LOSSLEY

1 | DATED: January _____, 2007.                                JONES DAY

2

3
                                                    By     /s/ Lisa C. McCurdy
4                                                          Lisa C. McCurdy
                                                        Attorney for Defendant
5                                                       EXPERIAN INFORMATION
                                                            SOLUTIONS, INC.
6

7 | DATED: January _____, 2007.                    HAYES, DAVIS, ELLINGSON,
                                                       McLAY & SCOTT
8

9

10                                                 By:    /s/ Stephen A. Scott
                                                          Stephen A. Scott
11                                                      Attorney for Defendant
                                                          CBCINNOVIS, INC.
12

## ORDER

IT IS SO ORDERED.

**Dated:   January 11, 2007**            **/s/ Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE