1  Stephen R. Cornwell, CA Bar #40737          (SPACE BELOW FOR FILING STAMP ONLY)
   Judith M. Rodriguez, CA Bar #64784
2  CORNWELL & SAMPLE, LLP
   Attorneys at Law
3  7045 North Fruit Avenue
   Fresno, CA  93711-2366
4  Telephone: (559) 431-3142
   Facsimile:  (559) 436-1135

5

6  Attorneys for Plaintiff CESAR LOSSLEY

7

8                   UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 CESAR LOSSLEY,                         CASE NO.  05-CV-01020-AWI-DLB

11          Plaintiff,

12      v.

13 EXPERIAN; EXPERIAN INFORMATION         **STIPULATION AMENDING**
   SOLUTIONS, INC.; EXPERIAN             **SCHEDULING CONFERENCE**
14 SERVICES CORP., and CBCInnovis,        **ORDER AND ORDER THEREON**

15          Defendants.

16

17        IT IS HEREBY STIPULATED by and between counsel for all the parties that

18 the Stipulation Amending Scheduling Conference Order filed January 11, 2007, shall be

19 amended.  Plaintiff filed an Amended Complaint on July 24, 2006, naming CBCInnovis as

20 a Defendant. Defendant CBCInnovis filed its Answer on August 29, 2006. The parties have

21 engaged in written discovery.  The parties intend to conduct further discovery and then

22 consider the possibility of a mediation.  Therefore, the parties have stipulated as follows:

23        **Discovery Cut-Off:**

24             Old Dates:

25                  Non-ExpertDiscovery Cut-Off:  August 3, 2007
                    Expert Discovery Cut-Off:       November 2, 2007
26
                 New Dates:
27
                    Non-Expert Discovery Cut-Off: November 1, 2007
28                  Expert Discovery Cut-Off:        December 5, 2007

STIPULATION AMENDING SCHEDULING CONFERENCE ORDER AND ORDER THEREON

1   **Experts:**

2            Designation of Experts:   October 15, 2007
             Responsive Expert Disclosures, if any: October 24, 2007

3

4

5            This stipulation may be signed in counterpart and a faxed copy may be

6   presented to the Court.

7   DATED: February _____, 2007.              CORNWELL & SAMPLE, LLP

8

9                                      By:    /s/   Stephen R. Cornwell

10                                            Stephen R. Cornwell
                                              Judith M. Rodriguez
11                                            Attorneys for Plaintiff
                                              CESAR LOSSLEY
12

13

14  DATED: February _____, 2007.                    JONES DAY

15

16
                                       By:      /s/   Lisa C. McCurdy
17
                                              Lisa C. McCurdy
18                                            Attorney for Defendant
                                              EXPERIAN INFORMATION
19                                            SOLUTIONS, INC.

20

21
    DATED: February _____, 2007.           HAYES, DAVIS, ELLINGSON,
22                                               McLAY & SCOTT

23

24
                                       By:    /s/   Stephen A. Scott
25
                                              Stephen A. Scott
26                                            Attorney for Defendant
                                              CBCINNOVIS, INC.

27

28

CORNWELL & SAMPLE
7045 N. Fruit Avenue
Fresno, CA 93711

1

2                                      **ORDER**

3

4        IT IS SO ORDERED.

5        **Dated:    March 19, 2007**                    **/s/ Dennis L. Beck**
         3b142a                                 UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORNWELL & SAMPLE
7045 N. Fruit Avenue
Fresno, CA 93711