Angela M. Taylor (State Bar No. 210425)
E-mail: angelataylor@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA  92614
Telephone:  (949) 851-3939
Fax:           (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CESAR LOSSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN; EXPERIAN INFORMATION SOLUTIONS, INC.; EXPERIAN SERVICES CORP., and CBC INNOVIS,<br><br>　　　　　Defendants. | Case No. 1:05-CV-01020-AWI-DLB<br><br>**STIPULATION TO CONTINUE TRIAL DATE; and ORDER** |

　　　　IT IS HEREBY STIPULATED by all parties, by and through their respective counsel that the trial date be continued from September 30, 2008 to April 28, 2009. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The parties have participated in the Rule 26 conferences and exchanged the information and document required by Rule 26; exchanged written discovery responses; and conducted multiple depositions.

　　　　The parties intend to conduct further discovery, including completing the depositions of various parties, material witnesses and expert. The parties are currently discussing arrangements for a mediation.

LAI-2952121v1                                         1

Accordingly, the parties hereby stipulate to the following 90 day extension of all pretrial deadlines:

**A.    EXPERT DISCLOSURE**

    **New Dates**:

| | |
|---|---|
| Expert Designation: | February 3, 2009 |
| Responsive Expert Designation: | February 17, 2009 |

    **Old Dates**:

| | |
|---|---|
| Expert Designation: | July 1, 2008 |
| Responsive Expert Designation: | July 14, 2008 |

**B.    DISCOVERY CUT-OFF**

    **New Dates**:

| | |
|---|---|
| Non-Expert Discovery: | January 6, 2009 |
| Expert Discovery: | March 17, 2009 |

    **Old Dates**:

| | |
|---|---|
| Non-Expert Discovery: | June 1, 2008 |
| Expert Discovery: | August 15, 2008 |

**C.    NON-DISPOSITIVE MOTION DEADLINE**

    **New Dates**:

| | |
|---|---|
| Filing: | January 6, 2009 |
| Hearing: | January 27, 2009 |

    **Old Dates**:

| | |
|---|---|
| Filing: | June 6, 2008 |
| Hearing: | June 27, 2008 |

**D.    DISPOSITIVE MOTION DEADLINES**

    **New Dates**:

| | |
|---|---|
| Filing: | January 6, 2009 |
| Hearing: | February 10, 2009 |

**Old Dates**:

    Filing:                                            June 6, 2008

    Hearing:                                       July 7, 2008

**E.**    **PRE-TRIAL CONFERENCE**

    **New Date**:

        March 18, 2009 at 8:30 a.m.

    **Old Date**:

        August 15, 2008 at 8:30 a.m.

**F.**    **TRIAL**

    **New Date**:

        April 28, 2009 at 9:00 a.m.

    **Old Date**:

        September 30, 2008 at 9:00 a.m.

Dated: June 27, 2008                      JONES DAY

                                                    By:/s/ Angela M. Taylor
                                                             Angela M. Taylor

                                                    Attorneys for Defendant
                                                    EXPERIAN INFORMATION
                                                    SOLUTIONS, INC.

Dated: June 28, 2008                      HAYES DAVIS BONINO
                                                    ELLINGSON McLAY & SCOTT, LLP

                                                    By: /s/ Stephen A. Scott
                                                             Stephen A. Scott
                                                             Phuong N. Fingerman

                                                    Attorneys for Defendant
                                                    CBCINNOVIS, INC.

LAI-2952121v1                            3

Dated:  June 27, 2008                              CORNWELL & SAMPLE, LLP


By: /s/ Stephen R. Cornwell
      Stephen R. Cornwell
      Judith M. Rodriguez

Attorneys for Plaintiff
CESAR LOSSLEY

## ORDER

Pursuant to the parties; stipulation, the trial date shall be continued from September 30, 2008 to April 29, 2009.  The dates for expert disclosures, discovery cut-off, dispositive and non-dispositive motions and pre-trial conference will be amended as stipulated above. It is so ORDERED.

Dated:  July _11, 2008


By: /s/ *Dennis L. Beck*
    THE HONORABLE DENNIS L.
    BECK Magistrate Judge of the
    United States District Court, Eastern
    District of California