1  STEPHEN A. SCOTT (SBN 67467)
   PHUONG N. FINGERMAN (SBN 226772)
2  **HAYES, DAVIS, ELLINGSON, McLAY & SCOTT**
   203 Redwood Shores Parkway, Suite 480
3  Redwood Shores, California  94065
   Telephone:  650.637.9100
4  Facsimile:  650.637.8071

5  Attorneys for Defendant CBCINNOVIS

6

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 | CESAR LOSSLEY | CASE NO.  05-CV-01020-AWI-DLB |
|---|---|
11 | Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY AND MOTION DEADLINES; ORDER** |
12 | v. | |
13 | EXPERIAN; EXPERIAN INFORMATION SOLUTIONS, INC,; EXPERIAN SERVICES CORP., and CBCInnovis; | |
14 | | |
15 | Defendants. | |

16

17     IT IS HEREBY STIPULATED by all parties, by and through their respective counsel that

18  the discovery and motion deadlines be continued to February 5, 2009 and February 10, 2009

19  respectively.  The parties have been working diligently toward moving this case forward in an

20  efficient, expeditious manner.  The parties have participated in the Rule 26 conferences and

21  exchanged the information and document required by Rule 26; exchanged written discovery

22  responses; and conducted multiple depositions.

23         The parties intend to conduct further discovery, including completing the

24  depositions of various parties, material witnesses and experts, but would like to defer the expense

25  of this discovery and dispositive motions to allow time to discuss settlement and mediate the case,

26  if necessary.

27

28

183019                                    -1-
**STIPULATION TO CONTINUE DISCOVERY AND MOTION DEADLINES; [PROPOSED] ORDER**

Accordingly, the parties hereby stipulate to the following pretrial deadlines:

**A.** **EXPERT DISCLOSURE (No Change)**

    Expert Designation:     February 3, 2009

    Responsive Expert Designation:     February 17, 2009

**B.** **DISCOVERY CUT-OFF**

    **New Dates**:

        Non-Expert Discovery:     February 5, 2009

        Expert Discovery (No Change):     March 17, 2009

    **Old Dates**:

        Non-Expert Discovery:     January 6, 2009

**C.** **NON-DISPOSITIVE MOTION DEADLINE**

    **New Dates**:

        Filing**:**     February 10, 2009

        Hearing**:**     March 10, 2009

    **Old Dates**:

        Filing:     January 6, 2009

        Hearing:     January 27, 2009

**D.** **DISPOSITIVE MOTION DEADLINES**

    **New Dates**:

        Filing**:**     February 10, 2009

        Hearing**:**     March10, 2009

    **Old Dates**:

        Filing:     January 6, 2009

        Hearing:     February 10, 2009

**E.** **PRE-TRIAL CONFERENCE (No Change)**     March 18, 2009 at 8:30 a.m.

**F.** **TRIAL (No Change)**     April 28, 2009 at 9:00 a.m.

**STIPULATION TO CONTINUE DISCOVERY AND MOTION DEADLINES; [PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December __, 2008 | JONES DAY |
| 3 | | |
| 4 | | By:     /s/ |
| 5 | | Angela M. Taylor |
| 6 | | Attorneys for Defendant |
| 7 | | EXPERIAN INFORMATION SOLUTIONS, INC. |
| 8 | Dated:  December __, 2008 | HAYES DAVIS BONINO ELLINGSON |
| 9 | | McLAY & SCOTT, LLP |
| 12 | | By:     /s/ |
| 14 | | Stephen A. Scott |
| | | Attorneys for Defendant |
| | | CBCINNOVIS, INC. |
| 16 | Dated:  December __, 2008 | CORNWELL & SAMPLE, LLP |
| 19 | | By:     /s/ |
| 20 | | Stephen R. Cornwell |
| | | Attorneys for Plaintiff |
| | | CESAR LOSSLEY |

183019

-3-

**STIPULATION TO CONTINUE DISCOVERY AND MOTION DEADLINES; [PROPOSED] ORDER**

ORDER

Pursuant to the parties' stipulation, the dates for discovery cut-off, dispositive and non-dispositive motions will be amended as stipulated above. The dates for expert disclosures, pre-trial conference and trial will remain the same. It is so ORDERED.

Dated: December 30, 2008

By: /s/ *Dennis L. Beck*
THE HONORABLE DENNIS L. BECK
Magistrate Judge of the United States District
Court, Eastern District of California